Petition for Writ of Mandamus Denied and Memorandum Opinion filed April
4, 2006









Petition for Writ of
Mandamus Denied and Memorandum Opinion filed April 4, 2006.

 

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00236-CV

____________

 

IN RE CHARLES EDWARD BONNER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I
N I O N

On March 14, 2006, relator Charles
Edward Bonner, an inmate in the Institutional Division of the Texas Department
of Criminal Justice, filed a petition for writ of mandamus in this Court,[1]
requesting we direct the Honorable Carroll E. Wilborn,
presiding judge of the 344th District Court of Chambers County, Texas, to
vacate relator=s sentence.  Relator has failed
to establish he is entitled to mandamus relief and accordingly, we deny relator=s petition for writ of mandamus.                                                        

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed April 4, 2006.

Panel consists of Justices Anderson,
Edelman and Frost. 











[1]See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1.